CRIS C. VAUGHAN  SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorney for Plaintiffs/Counter-Defendants
ADVANCED EXTERIOR SYSTEMS, INC.,
DENNIS BARNES, and MICHAEL LAWTON

Virgil L. Roth, SBN 72446
Law Offices of Virgil L. Roth, P.C.
625 Fair Oaks Avenue, Suite 255
South Pasadena, CA 91030
Telephone: 626-441-1165
Facsimile: 626-441-1166

Attorney for Defendants/Counter-Claimants
DAVID FERENCE, ANNA MARIE FERENCE,
STEVE FERENCE, and F.S. ENTERPRISES, LTD.,
a Canadian limited company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED EXTERIOR SYSTEMS, INC.; DENNIS BARNES; and MICHAEL LAWTON,<br><br>          Plaintiffs<br><br>     v.<br><br>DAVID FERENCE; ANNA MARIE FERENCE; STEVE FERENCE; F.S. ENTERPRISES, LTD.<br><br>          Defendants.<br><br>And Related Counter Claim. | Case No.:  2:05-CV-02147-JKS-KJM<br><br>STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE |

-1-
*STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE*

PDF created with pdfFactory trial version www.pdffactory.com

1  It is hereby stipulated by and between the parties to this matter by and through
2  their respective counsel that this entire matter including all issues raised in the Complaint
3  and all issues raised in the Counter Claim shall be dismissed with prejudice, each party to
4  bear their own attorneys' fees and costs.

5  IT IS SO STIPULATED.

6  Dated: July 9, 2007                    VAUGHAN & ASSOCIATES

7

8  By: */s/ Cris C. Vaughan*
   CRIS C. VAUGHAN
9  Attorney for Plaintiffs/Counter-Defendants
   ADVANCED EXTERIOR SYSTEMS, INC.,
10 DENNIS BARNES, and MICHAEL
   LAWTON
11

12 Dated: July 9, 2007                    LAW OFFICES OF VIRGIL L. ROTH, P.C.

13

14 By: /s/ Virgil L. Roth
   VIRGIL L. ROTH
15 Attorney for Defendants/Counter-Claimants
   DAVID FERENCE, ANNA MARIE
16 FERENCE, STEVE FERENCE, and F.S.
   ENTERPRISES, LTD., a Canadian limited
17 company

18

19                                       ORDER

20 Based upon the stipulation of the parties by and through their respective counsel
21 the above-entitled matter is hereby dismissed with prejudice.

22 IT IS SO ORDERED.

23

24 Dated: August 2, 2007                 By: /s/ James K. Singleton
                                         James K. Singleton
25                                       United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com